**UNITED STATES of America, Plaintiff–Appellee,**

v.

**David MEDINA, Defendant–Appellant.**

No. 04–50664.

Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Decided June 10, 2005.

Joseph H. Gay, Jr, Assistant U.S. Attorney, U.S. Attorney's Office Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Larry Chris Iles, Rockport Mail Center, Rockport, TX, San Antonio, TX, for Defendant–Appellant.

David Medina, San Antonio, TX, pro se.

Before DAVIS, SMITH and DENNIS, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent David Medina, Larry Chris Iles, has requested leave to withdraw and has filed a brief as required by *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Medina has not filed a response. Our independent review of the brief and record discloses no nonfrivolous issue. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.